IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER EUGENE ADAMS, | 8:20CV350 |
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| U.S. DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

On September 14, 2020, the court ordered Plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. (Filing 6.) To date, Plaintiff has not paid the fees, submitted a proper request for leave to proceed in forma pauperis, or taken any other meaningful action in this matter.[1]

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 20th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

[1] A supplemental pleading filed on September 18, 2020 (Filing 7), does not address the non-payment issue.